IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re　Karen Cornelius,<br>　　　　　　Debtor. | )<br>)<br>)<br>)<br>) | Chapter 13<br><br>Case # 15-07540<br><br>Judge　James M. Carr |

## DEBTOR'S MOTION TO DISMISS

Comes now the Debtor, Karen Cornelius, by counsel, and in support of Debtor's Motion to Dismiss, states to the Court as follows:

1. The Court has jurisdiction over this proceeding under 28 U.S.C. § 1334.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3. Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code and a Chapter 13 Plan on 09/03/2015.

4. This case was never converted under 11 U.S.C. § 706.

5. After the filing, the Debtor decided that she no longer wishes to continue with this case.

WHEREFORE, the Debtor requests that the Court dismiss her Chapter 13 bankruptcy as proposed, and grant the debtor such further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Lacey M. Stier*
Lacey M. Stier
Geraci Law, LLC
55 E. Monroe Street, Suite 3400
Chicago, IL 60603
(p) 312.332.1800, (f) 877.247.1960
inn@geracilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

    U.S. Trustee: ustpregion10.in.ecf@usdoj.gov
    John Morgan Hauber: ecfmail@hauber13.com, ecfmail1@hauber13.com

                      */s/ Lacey M. Stier*
                      Lacey M. Stier
                      Geraci Law, LLC
                      55 E. Monroe Street, Suite 3400
                      Chicago, IL 60603
                      (p) 312.332.1800, (f) 877.247.1960
                      inn@geracilaw.com